# United States Bankruptcy Court
## Southern District of Florida

In re **Atlantic Hills LLC** Debtor(s)

Case No. **23-17432-EPK**
Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Atlantic Hills LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

9/22/2023
Date

/s/ Brian S. Behar
**Brian S. Behar**
Signature of Attorney or Litigant
Counsel for **Atlantic Hills LLC**
**Behar, Gutt & Glazer, P.A.**
**DCOTA, Suite A-350**
**1855 Griffin Road**
**Fort Lauderdale, FL 33004**
**305-931-3771 Fax:305-931-3774**
**bsb@bgglaw.com**