UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 23-17432-EPK |
| ATLANTIC HILLS, LLC, | Chapter 11 |
| Debtor. | *Jointly Administered* |
| SUPERIOR STREET POWER SPORTS, LLC, | Case No. 23-17433-EPK |
| Debtor. | |
| SUPERIOR STREET GOLF CARTS, LLC, | Case No. 23-17434-EPK |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that ALDO G. BARTOLONE, JR. of BERMAN LAW GROUP, hereby enters an appearance on behalf of Interested Party and Shareholder of the Debtor, SANCHEZ HUGHLEY, in the above-styled, jointly administered bankruptcy proceedings and requests that copies of all briefs, motions, orders, correspondence and other papers be served on the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of financial affairs, operating reports and plans.

Dated this 2nd day of October, 2023

__/s/ Aldo G. Bartolone, Jr.________

ALDO G. BARTOLONE, JR.
Florida Bar No. 173134
BERMAN LAW GROUP
3351 NW Boca Raton Blvd.
Boca Raton, Florida 33431
Telephone: 561-826-5200
Facsimile: 561-826-5201
abartolone@thebermanlawgroup.com
*Attorneys for Sanchez Hughley*